James L. Payne, Bar No. 107021
Eric C. Sohlgren, Bar No. 161710
Samantha N. Evans, Bar No. 286301
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
Email: jlp@paynefears.com
       ecs@paynefears.com
       sne@paynefears.com

Attorneys for Defendant
GROCERYWORKS.COM OPERATING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CLEVELAND, as an individual, and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GROCERYWORKS.COM, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C14-00231-JCS<br><br>Assigned for All Purposes:<br>Magistrate Judge Joseph C. Spero<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 16-10(a)]<br><br>Date: April 25, 2014<br>Time: 2:00 p.m. |

Counsel for Defendant GROCERYWORKS.COM OPERATING COMPANY, LLC, who are based in Irvine, California, hereby request that they be allowed to appear telephonically at the Court's Initial Case Management Conference on April 25, 2014, at 2:00 p.m.

Respectfully submitted,

DATED: April 18, 2014          PAYNE & FEARS LLP

                               By:  _____/s/ James L. Payne_____
                                        JAMES L. PAYNE
                                        ERIC C. SOHLGREN

                               Attorneys for Defendant
                               GROCERYWORKS.COM OPERATING
                               COMPANY, LLC

4840-3214-3642.1

IT IS HEREBY ORDERED THAT Mr. Payne shall be on phone standby beginning at 2:00 PM on April 25, 2014, and await the Court's call.

Dated:  4/18/14



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

-2-                                                                 C14-00231-JCS
DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CMC