UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN CLEVELAND,

    Plaintiff,

    v.

GROCERYWORKS.COM, LLC,

    Defendant.

Case No. 14-cv-00231-JCS

**ORDER STRIKING DEFENDANT'S OBJECTIONS TO EVIDENCE**

Re: Dkt. No. 89

    Defendant's motion for summary judgment (dkt. 71) is currently pending before the Court. On April 27, 2016, Defendant filed its reply (dkt. 88) and a separate, twenty-nine-page compilation of objections (dkt. 89) to evidence submitted with Plaintiff's opposition. This Court's local rules provide that "[a]ny evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum." Civ. L.R. 7-3(c). Defendant's separate objections are therefore STRICKEN and will not be considered in the Court's ruling on the pending motion.

    The page limit for a reply brief is fifteen pages. Civ. L.R. 7-3(c), 7-4(b). Defendant's reply is ten pages long—five pages under the limit. The Court therefore grants Defendant leave to file narrowly tailored objections to evidence, formatted in a manner consistent with this Court's rules and not exceeding five pages, **no later than May 27, 2016**. Defendant's revised objections may not rely on or incorporate by reference the objections stricken by this Order.

    **IT IS SO ORDERED.**

Dated: May 18, 2016

JOSEPH C. SPERO
Chief Magistrate Judge