James L. Payne, Bar No. 107021
Eric C. Sohlgren, Bar No. 161710
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
Email: jlp@paynefears.com
ecs@paynefears.com

Attorneys for Defendant
GROCERYWORKS.COM OPERATING
COMPANY, LLC


HOFFMAN EMPLOYMENT LAWYERS, PC
MICHAEL HOFFMAN, SBN 154481
LEONARD EMMA, SBN 224483
STEPHEN NOEL ILG, SBN 275599
580 California Street, Suite 1600
San Francisco, CA 94104
Tel:    (415) 362-1111
Fax:    (415) 362-1112

Attorneys for Plaintiff DARREN CLEVELAND
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CLEVELAND, as an individual, and on behalf of all others similarly situated and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>GROCERYWORKS.COM, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 14-cv-00231-JCS<br><br>Assigned for All Purposes:<br>Magistrate Judge Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: July 8, 2016<br>Time: 9:30 a.m.<br>Courtroom: G-15th Floor |

**[PROPOSED] ORDER CONTINUING HEARING**

**GOOD CAUSE HAVING BEEN SHOWN** by the Stipulation to Continue Case Management Conference and Hearing regarding the Motion for Partial Summary Judgment, the Court hereby continues the hearing regarding the Motion for Partial Summary Judgment and the Case Management Conference for two (2) weeks, that is, until July 22, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 20, 2016



Judge Joseph C. Spero

- 1 -

*Cleveland v. Groceryworks.com*
[Proposed] Order Continuing CMC and Hearing re Motion for Partial Summary Judgment